Your Name: Mageb Y Hussain

Your Address: 445 Ofarrell St #314 SF, CA 94103

Phone Number: 347-732-7741

Email Address: magebh0324@gmail.com

Pro Se Plaintiff

F I L E D

APR 28 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Mageb Y Hussain

　　　　　　　Plaintiff,

v. Tesla, Inc,
Tesla Insurance company,
Progressive and Geico Corporate

　　　　　　　Defendant.

Case Number CV26-03662 LB [leave blank]

**COMPLAINT**

Violation of Unruh Civil Rights (CAL. CIV. code § 51)

DEMAND FOR JURY TRIAL

Yes ☑    No ☐

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Mageb Y Hussain

Address: 445 Ofarrell St #314 SF, CA 94103

Telephone: 347-732-7741

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1: Tesla Insurance / Elon Musk

Name:

Address: 12832 S FrontRunner Blvd Draper, UT 84020

Telephone: 844-348-3752

Defendant 2:

COMPLAINT　　　　　　　PAGE ___ OF ___　　　　　　　JDC TEMPLATE, UPDATED 11/2024

Name: Progressive Insurance

Address: 300 North Commons Blvd, Mayfield village, ohio 44145

Telephone: 1888 671-4405

Defendant 3:

Name: Geico's Insurance and headquarters

Address: 7272 Wisconsin Ave, Bethesda, MD 20814

Telephone: 1 800-207- 7847 or 301 986-3000

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☑ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

U.S. CITIZEN

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☑ a substantial part of the property I am suing about is located in this district.

☑ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in _San Francisco_ County, it should be assigned to the _Northern District_ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

Progressive robbed me of my full reasonable amount for claim on my 2009 Acura TL.

Tesla has refused to refund, or process my claim, refund for the cancelled months etc.

Geico has failed to refund cancelled policy money and process claim for Fatal Car accident in 2014 that was not my fault. A very terrible tramuatized situation and we get no assitance as customers

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

I will be submitting evidence, what I have in paperwork to submit to court.

## VI.    CLAIMS

**First Claim**

Name the law or right violated:

_____

Name the defendants who violated it:

_____

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

COMPLAINT                          PAGE ___ OF ___                          JDC TEMPLATE, UPDATED 11/2024

**_____ Claim**

Name the law or right violated:

_____

Name the defendants who violated it:

_____

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

COMPLAINT                          PAGE ___ OF ___                          JDC TEMPLATE, UPDATED 11/2024

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Your Honor they owe me millions of dollars for discrimination. You Judge them them and give me what I deserve or rightfully entitled.

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 04/28/2026    Sign Name: Mageb Hussain

Print Name: Mageb Y. Hussain

COMPLAINT                              PAGE ___ OF ___                   JDC TEMPLATE, UPDATED 11/2024

Copy this page and insert it where you need additional space.